# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CARINE ELISMA,**

        **Plaintiff,**

**-vs-**                                                                                      **Case No. 6:10-cv-1632-Orl-28DAB**

**NATIONAL CREDIT ADJUSTERS,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION AND ORDER

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument following issuance of an Order to Show Cause why this action should not be dismissed for failure to obey Court Orders and failure to prosecute (Doc. No. 21). As set forth in the show cause Order, Plaintiff 1) has failed to comply with the Court Order directing her to file a Notice rescheduling the mediation; 2) has failed to communicate with her counsel and has not responded to Defendant's settlement offers (apparently, because of counsel's inability to reach his client); and 3) has indicated (through counsel) that neither she nor her counsel will be attending the scheduled mediation, in violation of the Case Management and Scheduling Order. These findings are confirmed in her counsel's Response to the Order (Doc. No. 23), which indicates that Plaintiff has failed to communicate with her counsel and is unwilling to participate in the required mediation. In view of the above, the Court concludes that Plaintiff has abandoned this action, and dismissal is appropriate.

It is therefore **respectfully recommended** that the case be **dismissed** for failure to prosecute and failure to comply with Court Orders. The motion to withdraw as counsel (Doc. No. 22) is **DENIED** as moot.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 30, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy