# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARINE ELISMA,**

     **Plaintiff,**

**-vs-**                                                    **Case No.  6:10-cv-1632-Orl-28DAB**

**NATIONAL CREDIT ADJUSTERS,**

     **Defendant.**

_____

## ORDER

This case is before the Court on a report from the United States Magistrate Judge recommending that this case be dismissed for failure to prosecute and failure to comply with Court Orders.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed September 30, 2011 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     This case is dismissed for failure to prosecute and failure to comply with Court Orders.

3.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of November,

2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party